E-FILED
Friday, 04 March, 2005  10:41:59 AM
Clerk, U.S. District Court, ILCD

CD/IL PROB12C
(Rev. 12/04)

United States District Court

for

**CENTRAL DISTRICT OF ILLINOIS**

Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Tory D. Clay<br>2709 Terrance Lane<br>Springfield, Illinois 62703 | **CASE NUMBER:** | 98-30023-001 |

**SENTENCING JUDICIAL OFFICER:**   Richard Mills
                                   U.S. District Judge

**ORIGINAL SENTENCE DATE:**   May 3, 1999

**ORIGINAL OFFENSE:**   Distribution of Cocaine

**ORIGINAL SENTENCE:**   144 months custody of the Federal Bureau of Prisons to be followed by 3 years of supervised release with the following conditions:  1) No firearms, ammunition, or other dangerous weapons; 2) Participate in substance abuse testing and treatment; 3) Repayment of $450 to the Illinois State Police; and 4) Community service work if unemployed for 60 days

On June 21, 2001, the judgment was amended and the term of imprisonment was reduced to 96 months with the term and conditions of supervised release to remain the same.

**TYPE OF SUPERVISION:**   Supervised Release

**DATE SUPERVISION COMMENCED:**   February 25, 2005

**ASSISTANT U.S. ATTORNEY:**   David Risley

**DEFENSE ATTORNEY:**   Jon Gray Noll (Retained)

---

**PETITIONING THE COURT**

**[x]**   To issue a warrant
**[ ]**   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Tory D. Clay                                                                2

VIOLATION
NUMBER          NATURE OF NONCOMPLIANCE

   1.           **LAW VIOLATION: MANUFACTURE/DELIVERY OF A CONTROLLED SUBSTANCE, POSSESSION OF CANNABIS/COCAINE, AND RESISTING ARREST**

                MANDATORY CONDITION: While on supervised release, the defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance.

                On **February 25, 2005,** the offender possessed cocaine, cannabis, and resisted arrest by fleeing from law enforcement officials. According to a Sangamon County, Illinois, Sheriff's Department report, on February 25, 2005, a Honda Civic automobile operated by the offender was pulled over for having an obstructed windshield. Once the offender's vehicle was stopped, he exited and began running with a reddish-colored bag in his hand. Deputy Timm pursued the offender and told him to stop numerous times. The offender continued running, but eventually tripped. The offender was then told to stay on the ground, but he stood up. Deputy Timm then stunned the offender with his tazer and the offender fell back to the ground, although he continued to resist. The offender was stunned again and back-up deputies were able to handcuff him.

                The reddish-colored bag the offender had next to him was found to contain one to two pounds of cannabis. Upon returning to the squad car, Deputy Timm searched the offender and located approximately one ounce of powder cocaine in his right front pants pocket and $1,325.00 cash in his wallet. The offender was then transported to the Sangamon County, Illinois, Jail. The above information was taken from Sangamon County, Illinois, Sheriff's Department Report No. SG055980.

                No formal charges have been filed at this time, however, there is an initial appearance in this matter set for March 30, 2005, in Sangamon County, Illinois, Circuit Court.

**U.S. Probation Officer Recommendation:**

   **[ ]**  The term of supervision should be
   **[x]**  revoked
   **[ ]**  extended for  years, for a total term of  years.

   **[ ]**  The conditions of supervision should be modified as follows:

                                I declare under penalty of perjury that the foregoing is true and correct.


                                s/Paul D. Kotcher
                                U.S. Probation Officer
                                Date:  March 1, 2005

PDK/slk/nv

Tory D. Clay                                                                                         3

---

**THE COURT ORDERS:**

**[ ]**    No action

**[X]**    The issuance of a warrant

**[ ]**    The issuance of a summons

**[ ]**    Other:


                                                              s/ Richard Mills
                                                              U.S. District Judge


                                                              Date: February 28, 2005