**E-FILED**
Monday, 07 March, 2005  09:30:02 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 98-30023 |
| ) | |
| TORY CLAY, ) | |
| ) | |
| Defendant. ) | |

**NOW COMES** the Noll Law Office, by its representative, JON GRAY NOLL, and hereby enters its appearance on behalf of Defendant, TORY CLAY.  All future notices and pleadings concerning this matter should be forwarded to the address listed below.

Respectfully submitted,

NOLL LAW OFFICE


BY:      /s Jon Gray Noll      
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    U. S. Attorney's Office
    318 South 6th Street
    Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    /s Jon Gray Noll
    Jon Gray Noll 02060108
    Attorney for Defendant
    Noll Law Office
    802 South Second Street
    Springfield, IL 62704
    Telephone: (217) 544-8441
    Fax: (217) 544-8775
    E-mail: noll@noll-law.com