**E-FILED**
Monday, 07 March, 2005  02:23:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  98-30023 |
| | ) | |
| TORY CLAY, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DETENTION ORDER</u>

BEFORE U.S. MAGISTRATE JUDGE BYRON G. CUDMORE:

On March 7, 2005, a detention hearing was requested by the Government in the above listed cause. The Defendant, represented by retained counsel, Jon Noll, knowingly and voluntarily waived his right to a detention hearing and consented to being detained herein.  Based upon the knowing waiver of the Defendant's right to a detention hearing, Defendant Tory Clay is ordered detained.

WHEREFORE, the Defendant is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private

consultation with defense counsel.  On order of a Court of the United

States, or on request of an attorney for the government, the person in

charge of the corrections facility shall deliver the Defendant to the U.S.

Marshal for the purpose of an appearance in connection with a court

proceeding herein.

     ENTER:  March 7, 2005

                      s/ Byron G. Cudmore

                 _____

                 BYRON G. CUDMORE
                 UNITED STATES MAGISTRATE JUDGE