E-FILED
Friday, 15 April, 2005  12:36:43 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 99-30023-001 |
| Tory D. Clay | ) | |
| 2709 Terrance Lane | ) | |
| Springfield, IL 62703 | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**FILED APR 0 8 2005**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED 2005 MAR -4 P 1:38 US MARSHALS SERVICE CENTRAL ILLINOIS

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Tory D. Clay, and bring him or her forthwith to the nearest magistrate judge to answer a petition charging him or her with violation of conditions of supervised release in violation of Title 18, United States Code, Section(s) 3606.

**JOHN M. WATERS**
Name of Issuing Officer

s/John M. Waters
Signature of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

March 4, 2005 at Springfield, Illinois
Date and Location

Bail fixed at $ <u>No Bail/Bond</u> by US District Judge Richard Mills.

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at Springfield, IL

| Date Received 3-4-05 | Name of Arresting Officer Bob Doty | Signature of Arresting Officer |
| Date of Arrest 3-4-05 | Title of Arresting Officer USMS | [signature] |