E-FILED
Wednesday, 20 April, 2005  03:31:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-CR-30023 |
| TORY D. CLAY, | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney David E. Risley, moves for a continuance of the hearing on the pending petition to revoke the defendant's supervised release, and states:

1.  The hearing on the pending petition to revoke the defendant's supervised release is currently scheduled for April 25, 2005.  The defendant is detained.

2.  The defendant's attorney, Jon Noll, has authorized the undersigned to represent that the defendant desires an approximately 60-day continuance in order to allow him sufficient time to resolve a related drug charge pending against him in state court.  The government agrees that resolution of that case on the terms contemplated by the parties would assist in the proper resolution of the issues in this case, including sentencing.

WHEREFORE, it is requested that the hearing on the pending petition to revoke the defendant's supervised release be continued for approximately 60 days.

        Respectfully submitted,

        JAN PAUL MILLER
        UNITED STATES ATTORNEY

        s/ David E. Risley
        David E. Risley, Illinois Bar No. 6180387
        Assistant United States Attorney
        318 South Sixth Street
        Springfield, IL  62701
        Telephone:  (217) 492-4450
        Fax: (217) 492-4512
        david.risley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on <u>April 20, 2005</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jon Gray Noll
>Attorney for Tory D. Clay

>>s/ David E. Risley
>>David E. Risley, Illinois Bar No. 6180387
>>Assistant United States Attorney
>>318 South Sixth Street
>>Springfield, IL 62701
>>(217) 492-4450
>>Fax: (217) 492-4512
>>david.risley@usdoj.gov