IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 98-30023 |
| | ) | |
| TORY D. CLAY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

The Court now considers the Government's Motion to Continue Revocation Hearing. In support of its motion, the Government states:

1. The hearing on the pending petition to revoke the defendant's supervised release is currently scheduled for April 25, 2005. The defendant is detained.

2. The defendant's attorney, Jon Noll, has authorized the undersigned to represent that the defendant desires an approximately 60-day continuance in order to allow him sufficient time to resolve a related drug charge pending against him in state court. The government agrees that resolution of that case on the terms contemplated by the parties would assist in the proper resolution of the issues in this case, including sentencing.

3. Accordingly, the Government requests that the hearing on the pending petition to revoke the defendant's supervised release be continued for approximately 60 days.

<u>Ergo</u>, the Government's Motion to Continue Revocation Hearing (d/e 42) is ALLOWED. The existing hearing date is RESCHEDULED for June 27, 2005, at 1:30 P.M.

IT IS SO ORDERED.

ENTER: April 22, 2005

FOR THE COURT:

                                                s/ Richard Mills
                                      United States District Judge