E-FILED
Thursday, 23 June, 2005 12:20:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 98-30023 |
| ) | |
| TORY CLAY, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE REVOCATION HEARING

**NOW COMES** Tory Clay, by and through his court-appointed attorney, Jon Gray Noll, and in support of his Motion to Continue Revocation Hearing, states to this Honorable Court as follow, that:

1. The hearing on the pending petition to revoke the Defendant's supervised release is currently scheduled for Monday, June 27, 2005, at 1:30 p.m.

2. Counsel for Defendant will begin trial in the United States District Court, Central District of Illinois, in the matter of *United States v. Henry Johnson,* Case No. 04-30046. On July 11, 2005, defense counsel is scheduled to begin trial in the matter of *United States v. Thomas Adcock,* Case No. 04-30065, in the United States District Court for the Central District of Illinois.

3. Because of counsel's trial schedule, Defendant respectfully requests that the hearing on the pending petition to revoke the Defendant's supervised release be continued an additional 60 days to a date that is convenient to this Court.

4. Defendant is currently incarcerated.

5. This motion is not brought for the purpose of delay, but is in the best interest of all parties.

6. Neither the rights of the Plaintiff, nor those of the Defendant, will be jeopardized by the granting of the relief sought herein.

WHEREFORE, Defendant, Tory Clay, respectfully request this Court grant his Motion to Continue Revocation Hearing for an additional 60 days to a date that is convenient to the Court, and for such other and further relief as this Court deems just and equitable.

                Respectfully submitted,

                **TORY CLAY**, Defendant


    By:   /s Jon Gray Noll
           Jon Gray Noll 02060108
           Attorney for Defendant
           Noll Law Office
           802 South Second Street
           Springfield, IL 62704
           Telephone: (217) 544-8441
           Fax: (217) 544-8775
           E-mail: noll@noll-law.com

<u>IN THE UNITED STATES DISTRICT COURT</u>
FOR THE CENTRAL DISTRICT OF ILLINOIS

CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    AUSA David Risley
    U. S. Attorney's Office
    318 South 6th Street
    Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Tory Clay
Sangamon County Jail
One Sheriff's Plaza
Springfield, IL 62701

    /s Jon Gray Noll
    Jon Gray Noll 02060108
    Attorney for Defendant

    Noll Law Office
    802 South Second Street
    Springfield, IL 62704
    Telephone: (217) 544-8441
    Fax: (217) 544-8775
    E-mail: noll@noll-law.com