Anthony P. Libri, Jr., C.C.P.M.
Clerk of the Circuit Court of Sangamon County
200 S. Ninth Street P.O. Box 1299 Springfield, IL 62705

# FAX COVER SHEET

TO: Paul Kotcher

FROM: Dian

GENERAL PHONE NO:

TELECOPIER NO: 492-4218

TOTAL NO. OF PAGES INCLUDING COVER LETTER: 12

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CONTACT US AT (217) 753-6674.

OUR TELECOPIER NUMBER IS (217) 753-6665

IN THE CIRCUIT COURT OF SANGAMON COUNTY, ILLINOIS
SEVENTH JUDICIAL CIRCUIT

Date of Sentence: **06/23/05**
Defendant DOB: **04/05/75**
Victim DOB: **N/A**

PEOPLE OF THE STATE OF ILLINOIS )
)
VS. ) CASE NO. 05-CF-544
)
TORY D. CLAY, )
Defendant )

**FILED**

JUL 0 8 2005 CRI.-2

*[signature]*
Clerk of the Circuit Court

### JUDGMENT-SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS

WHEREAS the above-named defendant has been adjudged guilty of the offenses enumerated below:

IT IS THEREFORE ORDERED that the defendant be and hereby is sentenced to confinement in the Illinois Department of Corrections for the term of years and months specified for each offense.

| COUNT | OFFENSE | DATE OF OFFENSE | STATUTORY CITATION | CLASS | SENTENCE | MSR |
|---|---|---|---|---|---|---|
| II | Manufacture/ Delivery Cannabis | 02/25/05 | 720 ILCS 550/5(c) | F/2 | 3 Yrs. 0 Mos. | 1 Yrs. |

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

Yrs. Mos.    Yrs.

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

Yrs. Mos.    Yrs.

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

Yrs. Mos.    Yrs.

The Court finds that the defendant is:

☐ Convicted of a Class _____ offense but sentenced as a class X offender pursuant to 730 ILCS 5/5-5-3(c)(8).

☒ The Court further finds that the defendant is entitled to receive credit for time actually served in custody of __0__ days as of the date of this order.

☐ The Court further finds that the conduct leading to conviction for the offense(s) enumerated in count(s) _____ resulted in great bodily harm to the victim (730 ILCS 5/3-6-3(a)(2)(iii)).

☐ The Court further finds that the defendant meets the eligibility requirements and is approved for placement in the Impact Incarceration Program. If the Department accepts the defendant and determines that the defendant has successfully completed the program, the sentence shall be reduced to time considered served upon certification to the Court by the Department that the defendant has successfully completed the program. Written consent is attached.

☐ The Court further finds that the offense was committed as a result of the use of, abuse of, or addiction to alcohol or a controlled substance.

☐ IT IS FURTHER ORDERED that the sentence(s) imposed on Count(s) _____ be (concurrent with)(consecutive to) the sentence imposed in Case Number _____ in the Circuit Court of _____ County.

☐ IT IS FURTHER ORDERED that the defendant serve ☐ 85% ☐100% of said sentence.

IT IS FURTHER ORDERED that the Clerk of the Court deliver a certified copy of this order to the Sheriff.

IT IS FURTHER ORDERED that the Sheriff take the defendant into custody and deliver him to the Department of Corrections which shall confine said defendant until expiration of his sentence or until he is otherwise released by operation of law.

☒ IT IS FURTHER ORDERED **that time can be served concurrent with Federal Parole Violation, 9830023-01.**

This order is (__X__) effective immediately (_____ stayed until _____).

DATE: **07/07/05**    ENTER: *[signature]*
Honorable Robert Eggers

IN THE CIRCUIT COURT OF SANGAMON COUNTY, ILLINOIS
SEVENTH JUDICIAL CIRCUIT

PEOPLE OF THE STATE OF ILLINOIS )
)
VS. ) CASE NO. 05-CF-544
)
TORY D. CLAY, )
Defendant )

## OFFICIAL STATEMENT OF STATE'S ATTORNEY
## PURSUANT TO 730 ILCS 5/5-4-1(d)

| | | | |
|---|---|---|---|
| **NAME:** | TORY D. CLAY | **DATE OF BIRTH:** | /75 |
| **ALIASES:** | | **DATE OF OFFENSE(S):** | 02/25/05 |
| **CRIME(S):** | Manufacture/Delivery Cannabis | **DATE OF SENTENCE:** | 06/23/05 |
| **PLEA:** | Neg. | **JAIL CREDIT DUE:** | 0 Days |

**TYPE OF TRIAL:**

**SENTENCE(S):**  3 Year(s) 0 Months DOC/1 Year(s) MSR

**CODEFENDANT(S):**  N/A

**DISPOSITION OF CODEFENDANT(S):**

**STATE'S ATTORNEY:**  Assistant State's Attorney Amy Wolff

**DEFENSE ATTORNEY:**  Monroe McWard

**PRESIDING JUDGE:**  Honorable Robert Eggers

**COMPLAINING WITNESS:**

**HISTORY OF PROBATION IN SANGAMON COUNTY:**

**AGENCY CONDUCTING PRE-TRIAL OR PRE-SENTENCE INVESTIGATION:**

**DESCRIPTION OF EXACT CIRCUMSTANCES OF OFFENSE:**  said defendant, fled from a traffic stop and after being stopped was found to be in possession of 865.7 grams of cannabis, a large quantity alleged to be for delivery.

This official statement is hereby submitted in accordance with the provisions of 730 ILCS 5/5-4-1(d) of the Unified Code of Corrections.

_____
Amy Wolff
Assistant State's Attorney

05-CF-544

# IN THE CIRCUIT COURT
## FOR THE SEVENTH JUDICIAL CIRCUIT OF ILLINOIS
## SANGAMON COUNTY, SPRINGFIELD, ILLINOIS

### Information

Now on this 23rd day of June, in the year Two Thousand Five comes into Court John Schmidt, State's Attorney in and for the County of Sangamon, State of Illinois, in the name and by the authority of the People of said State of Illinois, and prosecutes in his behalf for and on behalf of said People, and informs the Court that **TORY CLAY** of said County and State, on or about the 25th day of February in the year Two Thousand Five, at and within the County of Sangamon, State of Illinois, committed the offense of **MANUFACTURE/DELIVERY CONTROLLED SUBSTANCE**, in that said defendant, possessed with the intent to deliver, more than 15 grams but less than 100 grams of a substance containing cocaine, a controlled substance, other than as authorized in the Illinois Controlled Substances Act,

in violation of the Criminal Code of 1961, as amended, Chapter 720 ILCS 570/401(a)(2) and against the peace and dignity of the same People of Illinois.

_____
State's Attorney in and for said Sangamon County.

**ORIGINAL**

said defendant, knowingly and unlawfully possessed with the intent to deliver, more than 500 grams but not more than 2,000 grams of a substance containing Cannabis, otherwise than as authorized in the Cannabis Control Act,



in violation of the Criminal Code of 1961, as amended, 720 ILCS 550/5(e) and against the peace and dignity of the same People of Illinois.

_____
State's Attorney in and for said Sangamon County.

ORIGINAL

```
                COURT DOCKET - SANGAMON COUNTY CIRCUIT COURT           3    CSP048
                                                                  Date:  8/29/2005
                            Criminal Felony                       Time:  11/18/28
                                                                  Page:     3
              2005 CF 000544   Judge: CADAGIN DONALD      From  0/00/0000 To 99/99/999
                                                                  User:  POWELL
  __Date__
  7/05/2005 Disposition(s) reported to AOIC via ADR. SPT Defendant CLAY TORY D

  7/05/2005 Disposition(s) reported to AOIC via ADR. SPT Defendant CLAY TORY D

  7/08/2005 Judgement and Sentence Jul 07,2005 Signed  Judge EGGERS ROBERT J
            COPY OF JUDGEMENT-SENTENCE, INFORMATION SHEETS, PRINTED
            DOCKET SHEET AND COMPLAINTS

  7/08/2005 Certified Copy Sheet
            COPY OF JUDGEMENT-SENTENCE, INFORMATION SHEETS, PRINTED
            DOCKET SHEET AND COMPLAINTS
            Document POS1A Was Printed

  7/08/2005 Criminal Case Cover Sheet
            Document POS Was Printed

  7/18/2005 Judgement and Sentence Returned

  8/18/2005 Copies Fee $6.00  Defendant CLAY TORY D
```

05-CF-544                               Count II

And the said State's Attorney in and for the County and State aforesaid, in the name and by the authority of the People of the State of Illinois aforesaid, gives the Court to further understand and be informed that one **TORY CLAY** of said County and State, on or about the 25th day of February in the year Two Thousand Five, and within the County of Sangamon and State of Illinois, committed the offense of **MANUFACTURE/DELIVERY CANNABIS**, in that said defendant, knowingly and unlawfully possessed with the intent to deliver, more than 500 grams but not more than 2,000 grams of a substance containing Cannabis, otherwise than as authorized in the Cannabis Control Act,



in violation of the Criminal Code of 1961, as amended, 720 ILCS 550/5(e) and against the peace and dignity of the same People of Illinois.

_____
State's Attorney in and for said Sangamon County.

**ORIGINAL**

05-CF-544                           Count III

And the said State's Attorney in and for the County and State aforesaid, in the name and by the authority of the People of the State of Illinois aforesaid, gives the Court to further understand and be informed that one **TORY CLAY** of said County and State, on or about the 25th day of February in the year Two Thousand Five, and within the County of Sangamon and State of Illinois, committed the offense of **OBSTRUCTING JUSTICE**, in that said defendant, with the intent to prevent the apprehension of said defendant, knowingly ran from Dep. Timm, a police officer with the Sangamon County Sheriff's Department,



in violation of the Criminal Code of 1961, as amended, 720 ILCS 5/31-4(a) and against the peace and dignity of the same People of Illinois.

_____
State's Attorney in and for said Sangamon County.

ORIGINAL



## In the Circuit Court
## For the Seventh Judicial Circuit of Illinois
## Sangamon County, Springfield, Illinois
## Criminal Division

FILED MAY 0 5 2005 CRL-2 Clerk of the Circuit Court

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| Plaintiff, | ) | No. 2005-CF-000544 |
| -vs- | ) | |
| TORY D CLAY | ) | |
| Defendant, | ) | Complaint 01 of 03 |

In the name and by the authority of the People of the State of Illinois, VICKI THOMPSON, hereinafter called the complainant, on oath charges that on or about FEBRUARY 25, 2005, in Sangamon County, Illinois, TORY D CLAY, hereinafter called the defendant, committed the offense of MANUFAC. DELIVERY CONTR. SUBST, in violation of Section 570/401(a)(2), Chapter 720, of the Illinois Compiled Statutes, in that said defendant, possessed with the intent to deliver more than 15 grams but less than 100 grams of a substance containing cocaine, a controlled substance, other than as authorized in the Illinois Controlled substances Act.

x _Vicki Thompson_

Subscribed and Sworn to before me this date, May 2, 2005.

_Kathryn A. Lee_
NOTARY PUBLIC

OFFICIAL SEAL
KATHRYN A. LEE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-15-2007

ASA    CLASS X



# In the Circuit Court
## For the Seventh Judicial Circuit of Illinois
## Sangamon County, Springfield, Illinois
## Criminal Division

FILED MAY 05 2005 Clerk of the Circuit Court

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| Plaintiff, | ) | No. 2005-CF-000544 |
| -vs- | ) | |
| TORY D CLAY | ) | |
| Defendant, | ) | Complaint 02 of 03 |

In the name and by the authority of the People of the State of Illinois, VICKI THOMPSON, hereinafter called the complainant, on oath charges that on or about FEBRUARY 25, 2005, in Sangamon County, Illinois, TORY D CLAY, hereinafter called the defendant, committed the offense of MANUFAC.DELIVERY CANNABIS, in violation of Section 550/5(e), Chapter 720, of the Illinois Compiled Statutes, in that said defendant, knowingly and unlawfully possessed with the intent to deliver more than 500 grams but not more than 2,000 grams of a substance containing cannabis, otherwise than as authorized in the Cannabis Control Act.

x _Vicki Thompson_

Subscribed and Sworn to before me this date, May 2, 2005.

OFFICIAL SEAL
KATHRYN A. LEE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-15-2007

_Kathryn A. Lee_
NOTARY PUBLIC

ASA     CLASS 2



# In the Circuit Court
## For the Seventh Judicial Circuit of Illinois
## Sangamon County, Springfield, Illinois
## Criminal Division

FILED MAY 0 5 2005 CRI.-2

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| Plaintiff, | ) | No. 2005-CF-000544 |
| -vs- | ) | |
| TORY D CLAY | ) | |
| Defendant, | ) | Complaint 03 of 03 |

In the name and by the authority of the People of the State of Illinois, VICKI THOMPSON, hereinafter called the complainant, on oath charges that on or about FEBRUARY 25, 2005, in Sangamon County, Illinois, TORY D CLAY, hereinafter called the defendant, committed the offense of OBSTRUCTING JUSTICE, in violation of Section 5/31-4(a), Chapter 720, of the Illinois Compiled Statutes, in that said defendant, with the intent to prevent the apprehension of said defendant, knowingly ran from Dep Timm, a police officer with the Sangamon County Sheriff's Office.

x _Vicki Thompson_

Subscribed and Sworn to before me this date, May 2, 2005.

_Kathryn A. Lee_
NOTARY PUBLIC

ASA   CLASS 4

OFFICIAL SEAL
KATHRYN A. LEE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-15-2007

**FILED**

MAY 0 5 2005   CRI-2

Clerk of the Circuit Court

```
             COURT DOCKET - SANGAMON COUNTY CIRCUIT COURT        1   CSP048
                                                          Date:  8/29/2005
                       Criminal Felony                    Time:  11/18/28
                                                          Page:     1
           2005 CF 000544   Judge: CADAGIN DONALD   From 0/00/0000 To 99/99/999
                                                          User: POWELL
               Case Names_____  Attorney Names_____  Wsid: PC2381
                        vs                                All Entries For
               CLAY TORY D          MCWARD MONROE
 __Date__
 5/02/2005 Complaint 01 Count 001 MANUFAC. DELIVERY CONTR. SUBST Feb 25,2005    6
           Defendant CLAY TORY D
           Statute 720 570/401(a)(2)  Class X  Orig.
           Agency: CITY OF SPRINGFIELD  Charge Instr: Complaint

 5/02/2005 State Warrant Defendant CLAY TORY D  Asst States Attorney WOLFF AMY
           Issued May 02,2005

 5/02/2005 Complaint 02 Count 002 MANUFAC.DELIVERY CANNABIS Feb 25,2005          6
           Defendant CLAY TORY D
           Statute 720 550/5(e)  Class 2  Orig.
           Agency: CITY OF SPRINGFIELD  Charge Instr: Complaint

 5/02/2005 State Warrant Defendant CLAY TORY D  Asst States Attorney WOLFF AMY
           Issued May 02,2005

 5/02/2005 Complaint 03 Count 003 OBSTRUCT JUST/DESTROY EVIDENCE Feb 25,2005     6
           Defendant CLAY TORY D
           Statute 720 5/31-4(a)  Class 4  Orig.
           Agency: CITY OF SPRINGFIELD  Charge Instr: Complaint

 5/02/2005 State Warrant Defendant CLAY TORY D  Asst States Attorney WOLFF AMY
           Issued May 02,2005

 6/08/2005 Writ of Habeas Corpus Ad Prosequendum Issued  Defendant CLAY TORY D
           Motion/Petition Hearing Jun 23,2005 09:00AM Rm7C

 6/08/2005 Petition for Writ of Habeas Corpus Ad Prosequendum Filed by
           Asst States Attorney WOLFF AMY

 6/08/2005 Order Jun 07,2005 Signed  Judge EGGERS ROBERT J

 6/23/2005 Judge Assignment For Criminal

 6/23/2005 Bench Warrant Served  Judge HOLMES ROGER W  Defendant CLAY TORY D

 6/23/2005 Pre-Trial Discovery Filed by  Asst States Attorney WOLFF AMY

 6/23/2005 Certificate of Compliance Filed by  Asst States Attorney WOLFF AMY

 6/23/2005 Preliminary Hearing Waived-Negotiated DOC
           DEFENDANT TORY D. CLAY : Present the State by ASA JEFFREY HOECKER .
           Present the Defendant, in person, in the custody of the Sheriff, and
           by Attorney MONROE MCWARD . Bench warrant previously issued is
           quashed and recalled. Cause called for preliminary hearing.
           Information filed and Defendant wishes to enter a plea of guilty to
           Count II, Manufacture/Delivery Cannabis, a Class 2 Felony. Plea of
           guilty accepted.  Judgment entered on plea. Pursuant to negotiations,
           Defendant sentenced to 3 years Department of Corrections. Mandatory

              C O N T I N U E D   O N   N E X T   P A G E
```

08/29/2005 13:08    2177536665                  SCCC                                        PAGE  12
3:98-cr-30023-RM-BGC   # 47    Page 13 of 13
       COURT DOCKET - SANGAMON COUNTY CIRCUIT COURT              2  CSP048
                                                        Date:  8/29/2005
                       Criminal Felony                  Time: 11/18/28
                                                        Page:     2
           2005 CF 000544  Judge: CADAGIN DONALD     From 0/00/0000 To 99/99/999
                                                        User: POWELL

  __Date__
  6/23/2005 supervised release term is 1 year. Sentence to run concurrent with
            Federal case #9830023-01. CLERK DIRECTED to enter judgment against the
            Defendant for court costs. Count I and III dismissed per plea.
            Defendant advised of appeal rights and remanded to the custody of the
            Sheriff pending transmittal to the Department of Corrections, Adult
            Division, State of Illinois.  CAUSE STRICKEN.
            Judge:CADAGIN DONALD   Rep:JONES BRENDA L   Clerk:JB     H

  6/23/2005 Information Filed by Asst States Attorney WOLFF AMY
            COUNT I MANUFACTURE/DELIVERY CONTROLLED SUBSTANCE
            COUNT II MANUFACTURE/DELIVERY CANNABIS
            COUNT III OBSTRUCTING JUSTICE

  6/23/2005 Motion for Disclosure to Prosecution Filed by
            Asst States Attorney WOLFF AMY

  6/23/2005 Disposition 01/00   Count 001   No Fine Or Cost Signed
            Judge CADAGIN DONALD  Defendant CLAY TORY D  Atty MCWARD MONROE
            Asst States Attorney HOECKER JEFFREY
            Disposition: Dismiss/State Motion MANUFAC. DELIVERY CONTR. SUBST
            Disposition Type: Court Action   Defendant Plea: No Plea Entered
            Statute 720 570/401(a)(2)  Class X  Orig.
            Sentence: 06/23/2005
            Sentence: No Sentence  Sentence in Force
            No Fine Or Cost            .00
            Status:Dispositioned  Report:Terminated  Jun 23,2005

  6/23/2005 Disposition 03/00   Count 003   No Fine Or Cost Signed
            Judge CADAGIN DONALD  Defendant CLAY TORY D  Atty MCWARD MONROE
            Asst States Attorney HOECKER JEFFREY
            Disposition: Dismiss/State Motion OBSTRUCT JUST/DESTROY EVIDENCE
            Disposition Type: Court Action   Defendant Plea: No Plea Entered
            Statute 720 5/31-4(a)  Class 4  Orig.
            Sentence: 06/23/2005
            Sentence: No Sentence  Sentence in Force
            No Fine Or Cost            .00
            Status:Dispositioned  Report:Terminated  Jun 23,2005

  6/23/2005 Disposition 02/00   Count 002   Cost Only Fee $205.00  Signed
            Judge CADAGIN DONALD  Defendant CLAY TORY D  Atty MCWARD MONROE
            Asst States Attorney HOECKER JEFFREY
            Disposition: Guilty Conviction MANUFAC.DELIVERY CANNABIS
            Disposition Type: Guilty Plea   Defendant Plea: Guilty
            Statute 720 550/5(e)  Class 2  Orig.
            Sentence: 06/23/2005
            Sentence: Costs Only/Penalties and Fees  Sentence in Force
            Sentence: Department of Corrections  3Yrs Concurrent (SPC only)
            Cost Only          205.00
            Status:Dispositioned  Report:Terminated  Jun 23,2005

  7/05/2005 Disposition(s) reported to AOIC via ADR. SPT Defendant CLAY TORY D

                     C O N T I N U E D   O N   N E X T   P A G E