IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) COURT NO.  98-30023-001 |
| v. | ) |
| | ) |
| TORY D. CLAY, | ) |
| | ) |
| Defendant. | ) |

## SATISFACTION OF MONETARY JUDGMENT

The Monetary Judgment in the above-entitled case has been paid in full, therefore the Clerk of the United States District Court for the Central District of Illinois is authorized and empowered to satisfy and cancel the Judgment of record.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE: April 18, 2007

By:     s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 217-492-4580
E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTION OF JUDGMENT** has this April 18, 2007, been mailed to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>TORY D. CLAY
>2709 Terrace Lane
>Springfield, IL 62703

By:  s/Elizabeth L. Collins
     Elizabeth L. Collins, Bar No. 487864
     Attorney for the Plaintiff
     United States Attorney's Office
     318 S. 6th Street
     Springfield, Illinois 62701
     Tel: 217-492-4450
     Fax: 217-492-4888 or 217-492-4580
     E-Mail: Beth.Collins@usdoj.gov